SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 1400

1900 AVENUE OF THE STARS

LOS ANGELES, CALIFORNIA 90067-6029

(310) 789-3100

FAX (310) 789-3150

WWW.SUSMANGODFREY.COM

_____

| | | |
|---|---|---|
| SUITE 5100<br>1000 LOUISIANA STREET<br>HOUSTON, TEXAS 77002-5096<br>(713) 651-9366 | SUITE 3000<br>401 UNION STREET<br>SEATTLE, WASHINGTON 98101-2683<br>(206) 516-3880 | ONE MANHATTAN WEST<br>NEW YORK, NEW YORK 10001-8602<br>(212) 336-8330 |

TYLER DOWNING
DIRECT DIAL 310-789-3175

E-MAIL tdowning@susmangodfrey.com

August 6, 2024

**<u>VIA ECF</u>**

Hon. Judge Brian R. Martinotti
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    *Mayor & City Council of Baltimore v. Eli Lilly et al*, 2:24-cv-05099-BRM-RLS; Request for ECF Docket Correction

Dear Judge Martinotti:

It was recently discovered that when filing Baltimore's Initial Complaint in this Action in the District of Maryland, two inadvertent errors were made in transcribing information into ECF.  First, Plaintiff is identified in the caption on ECF as the Mayor & City Coucil of Baltimore" rather than the "Mayor & City Council of Baltimore."  Second, Defendant Medco Health Solutions, Inc. was incorrectly identified on ECF as "Medco Health Services, Inc."  The Complaint correctly named both Plaintiff and Medco Health Solutions, Inc.  *See* Dkt. 1.  And Medco Health Solutions, Inc. was correctly served.  *See* Dkt. 55.

At the suggestion of the ECF Help Desk, we are efiling a request to correct the docket as follows:

- Correcting the identification of Plaintiff in the caption on ECF to "Mayor & City Council of Baltimore."
- Correcting the identification of Defendant Medco Health Solutions, Inc. on ECF from Medco Health Services, Inc. to Medco Health Solutions, Inc.

We apologize for our error in the filing process and for any resulting confusion or inconvenience to the Court or the parties.

August 6, 2024
Page 2

Sincerely,

/s/ *Tyler Downing*
Tyler David Downing

Cc: Counsel of Record by ECF