SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602

(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TX 77002-5096
(713) 651-9366
_____

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880
_____

1900 AVENUE OF THE STARS
SUITE 1400
(310) 789-3100
_____

SETH ARD
DIRECT DIAL (212) 336-8334

E-MAIL SARD@SUSMANGODFREY.COM

March 20, 2025

**Via ECF**

Hon. Judge Brian R. Martinotti
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:     Mayor & City Council of Baltimore v. Eli Lilly & Company, et al.,
        No. 2:24-cv-5099

Dear Judge Martinotti:

        This firm, together with the Baltimore City Law Department, represents Plaintiff the Mayor & City Council of Baltimore in this matter.

        Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request leave of Court to withdraw the *pro hac vice* admission of Tyler D. Downing, formerly of Susman Godfrey L.L.P., as counsel for Baltimore. The Baltimore City Law Department and remaining Susman Godfrey L.L.P. attorneys will continue to represent Baltimore in this action.

        We respectfully request that the Court "So Order" this letter and direct the Clerk to file it on the docket. We thank the Court for its time and consideration.

Respectfully submitted,

/s/ Seth Ard
Seth Ard

Cc:     All counsel of record (*via* ECF)